1

2                                                           Enter/JS-6

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                  CENTRAL DISTRICT OF CALIFORNIA

9    VERONICA K. RUBIO,                  )    Case No. CV 07-04815 AN
                                         )
10              Plaintiff,               )    JUDGMENT
                                         )
11         v.                            )
                                         )
12   MICHAEL J. ASTRUE,                  )
     COMMISSIONER OF SOCIAL             )
13   SECURITY,                           )
                                         )
14              Defendant.               )
                                         )
15   ─────────────────────────────      )

16        For the reasons set forth in the accompanying order, it is hereby ADJUDGED

17   AND DECREED THAT the Commissioner's final decision is reversed, and that this case

18   is remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

19

20

21   DATED:     August 18, 2009        _____

22                                        ARTHUR NAKAZATO
                                       UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28