# United States District Court
## Central District of California
### Western Division

| | |
|---|---|
| VERONICA RUBIO<br><br>　　　　Plaintiff,<br>　vs.<br><br>MICHAEL J. ASTRUE<br>Commissioner of Social Security<br><br>　　　　Defendant. | Case No.: 2:07cv04815-AN<br><br>ORDER RE STIPULATION TO AWARD EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), and for cause shown,

IT IS ORDERED that Henry Reynolds, as plaintiff's attorney and assignee, is awarded attorney's fees pursuant to the Equal Access to Justice Act ("EAJA") in the amount of $6,000 and 00/100's, as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: November 3, 2009

_____
ARTHUR NAKAZATO
UNITED STATE MAGISTRATE JUDGE

1